IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

ROBERT S. LLOYD,          )
                              )
    Plaintiff,         )
                              )       CIVIL ACTION NO.
    v.                 )       2:19cv411-MHT
                              )         (WO)
ALABAMA DEPT. OF       )
CORRECTIONS, et al.,     )
                              )
    Defendants.        )

## JUDGMENT

In accordance with the opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 21) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 18) is adopted to the extent set forth in the opinion entered with this judgment.

(3) Plaintiff's claims against defendant Alabama Department of Corrections are dismissed with prejudice, and it is terminated as a party to this proceeding.

(4) Plaintiff's claims against defendant Dedric Shepherd are dismissed without prejudice, and he is terminated as a party to this proceeding.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed, and is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 8th day of October, 2019.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE