**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| **ROBERT S. LLOYD,** )<br>)<br>    Plaintiff, )<br>) | <br><br><br>**CIVIL ACTION NO.** |
| v. )<br>) | **2:19cv411-MHT**<br>**(WO)** |
| **LT WAYLON COUSINS and** )<br>**WARDEN ANTONIO McCLAIN,** )<br>) | |
| Defendants. ) | |

**OPINION**

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit against two defendants, asserting claims of failure to protect and provide adequate medical care. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion for summary judgment be granted. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled

and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 29th day of July, 2022.

                                 /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**